UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

CORNEAL HINES #149376,

        Petitioner,        Case No. 1:11-cv-458

v.

                              Honorable Paul L. Maloney

CARMEN PALMER,

        Respondent.
_____/

### **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:  July 5, 2011        /s/ Paul L. Maloney
                                        Paul L. Maloney
                                        Chief United States District Judge